Same case below, 424 Fed. Appx. 264.

**No. 11-5279. Louis Watley, Petitioner v. Donald Mee, Administrator, East Jersey State Prison, et al.**

565 U.S. 899, 132 S. Ct. 291, 181 L. Ed. 2d 176, 2011 U.S. LEXIS 5564.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-5280. George Wortham, Petitioner v. Chris Hansen Lab Incorporated.**

565 U.S. 899, 132 S. Ct. 291, 181 L. Ed. 2d 176, 2011 U.S. LEXIS 5513.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-5281. Curtis White, Petitioner v. United States.**

565 U.S. 899, 132 S. Ct. 291, 181 L. Ed. 2d 176, 2011 U.S. LEXIS 5687.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 11-5282. Isaac Woods, et ux., Petitioners v. United States.**

565 U.S. 899, 132 S. Ct. 291, 181 L. Ed. 2d 176, 2011 U.S. LEXIS 5628.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 411 Fed. Appx. 594.

**No. 11-5283. James John Williams, Petitioner v. United States.**

565 U.S. 899, 132 S. Ct. 292, 181 L. Ed. 2d 176, 2011 U.S. LEXIS 5565.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 428 Fed. Appx. 242.

**No. 11-5284. Gary Roland Welch, Petitioner v. Randall G. Workman, Warden.**

565 U.S. 899, 132 S. Ct. 292, 181 L. Ed. 2d 176, 2011 U.S. LEXIS 5637.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 639 F.3d 980.

**No. 11-5285. Young Son Im, Petitioner v. United States.**

565 U.S. 899, 132 S. Ct. 292, 181 L. Ed. 2d 176, 2011 U.S. LEXIS 5753.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 399 Fed. Appx. 669.